**IT IS ORDERED as set forth below:**



**Date: March 26, 2015**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 13 |
| | ) | |
| EMANUEL CLARK, | ) | CASE NO. 15-51966-JRS |
| | ) | |
| DEBTOR. | ) | |

**ORDER DISMISSING CHAPTER 13 CASE
PURSUANT TO 11 U.S.C. SECTION 105(a), 109(g) AND 349(a)**

Hearing on the Chapter 13's Trustee's Motion to Dismiss Case with Prejudice came before the Court on March 19, 2015 at 2:00 p.m. At the hearing, counsel for Trustee appeared and was heard. The Debtor did not appear.

In support of his request to dismiss this case with prejudice, the attorney for the Trustee showed the Court the following:

**Exhibit 1**

Debtor has filed seven (7) previously unsuccessful recent Chapter 13 cases: Case Number 04-76132, filed October 1, 2004, and dismissed prior to confirmation December 7, 2004; Case Number 04-78077, filed November 1, 2004, and dismissed prior to confirmation on January 13, 2005; Case Number 05-63865, filed February 28, 2005, and dismissed prior to confirmation May 13, 2005; Case Number 05-74086, filed August 2, 2005, and dismissed prior to confirmation pursuant to 11 U.S.C. § 109(g) on October 21, 2005; Case Number 06-63832, filed April 4, 2006, and dismissed prior to confirmation on June 16, 2006; Case Number 09-89073, filed on November 2, 2009, and dismissed prior to confirmation December 28, 2009; and Case Number 13-62443, filed June 4, 2013, and dismissed prior to confirmation June 20, 2013.

In filing these seven (7) previous cases, as well as the instant case, the Debtor used five (5) different social security numbers and reported to the Court under penalty of perjury that he has filed no prior bankruptcy cases. Dismissal under Section 109(g) is appropriate to curb abusive filings. *See In re McCoy*, 237 B.R. 419 (Bankr. S.D. Ohio 1999) and *In re Millers*, 90 B.R. 567 (Bankr. S.D. Fla. 1988).

In the instant case, Debtor failed to file Plan or Schedules, did not appear at the Section 341 Meeting of Creditors and has taken no other action to prosecute a Chapter 13 case.

Such failure represents an unreasonable and prejudicial delay in protecting the rights and interests of the estate and Debtor's creditors. The court finds that based on the entire record and the circumstances of this case, Debtor has willfully failed to properly prosecute this case. Further, from the record in these eight (8) cases, it appears that the Debtor is abusing the bankruptcy process; accordingly, it is hereby

**ORDERED** that Trustee's request to dismiss this case pursuant to 11 U.S.C. Sections 105(a), 109(g), 349(a) is **GRANTED**; Debtor is hereby ineligible to file a case under Title 11 of the United States Bankruptcy Code for a period of twenty (20) years from the date of entry of this Order.

The Clerk of Court is directed to serve notice of this Order on Debtor, and all creditors and parties in interest that are included on the attached distribution list.

[**END OF DOCUMENT**]

Prepared and Presented by:


 /S/_____
Jason L. Rogers
Georgia Bar No.: 142575
Attorney for the Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
TEL: (678) 510-1444
FAX: (678) 510-1450

DISTRIBUTION LIST

SHEILA M.GOVAN
GOVAN AND ASSOCIATES
4555 FLAT SHOALS PARKWAY
SUITE 101
DECATUR, GA 30034

CLARK & WASHINGTON
3300 NORTHEAST EXPRESSWAY
BUILDING 3, SUITE A
CHAMBLEE, GA 30341

MARY IDA TOWNSON, STANDING CHAPTER 13 TRUSTEE
191 PEACHTREE STREEET
SUITE 2200
ATLANTA, GA 30303

NANCY J. WHALEY, STANDING CHAPTER 13 TRUSTEE
303 PEACHTREE CENTER AVE
SUITE 120
ATLANTA, GA 30303

U.S. TRUSTEE
75 SPRING STREET SOUTHWEST
ATLANTA, GA ATLANTA, GA 30303

KENNEY & MEDNA, PC
3302 MCGINNES FERRY RD., SUITE 100
SUWANEE, GA 30024

PREMIER BANKCARD/CHARTER
PO BOX 220
VACAVILLE, CA 95696-8208

BANK OF AMERICA, NA
PO BOX 26012
GREENSBORO, NC 27420-6012

BANK OF AMERICA
BANKRUPTCY DEPT.
475 CROSS POINT PARKWAY
GETZVILLE, NY 14068-1609

IRWIN MORTGAGE
10500 KINCAID DRIVE
FISHER, IN 46037-9749

EVERBANK
C/O EVERHOME MORTGAGE COMPANY
8120 NATIONS WAY
BUILDING 100
JACKSONVILLE, FL 32256-4461

UNITED GUARANTY RESIDENTIAL INSURANCE CO.
OF NORTH CAROLINA
PO BOX 20327
CHARLOTTE, NC 27420-0327

IRWIN MORTGAGE
C/O PERRIE & COLE
315 W. PONCE DE LEON AVE
SUITE 225
DECATUR, GA 30030

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

GEORGIA DEPT. OF REVENUE
PO BOX 105449
ATLANTA, GA 30348

US ATTORNEY
1800 RICHARD B. RUSSELL BLDG.
75 SPRING STREET SW
ATLANTA, GA 30303

ADAM M. GOODMAN
CHAPTER 13 TRUSTEE
260 PEACHTREE ST., SUITE 200
ATLANTA, GA 30303