| Case No. | Debtor Name on Petition | Date of Filing | Chapter + District | SSN or Fed ID | Phone number /email given for Debtor | Mailing Address Used | Date of Dismissal | Reason for Dismissal | OTHER COMMENTS | Courier info |
|---|---|---|---|---|---|---|---|---|---|---|
| 17-50268-bem | Aaron Butler Jr. | 1/4/2017 | 13 NDGA Atlanta | xxx-xx-5513 | - | 324 Queenscastle Drive Ellenwood, Ga 30294 | 2/13/2017 | Failure to correct filing deficiencies | | Emanuel Deandre Clark 404-377-6978 |
| 17-53274-lrc | Tiffiny Grooms | 2/22/2017 | 13 NDGA Atlanta | xxx-xx-2847 | 404-453-6086 | 3854 Redmaple Rd Atlanta, Ga 30317 | 3/9/2017 | Failure to pay filing fee | VL filed Emergency MFR in this case- signature on petition did not match BK Petition | Emanuel Deandre Clark 404-453-6086 |
| 17-53481-bem | Aaron Butler Jr. | 2/27/2017 | 13 NDGA Atlanta | xxx-xx-6513 | 404-453-6086 | 324 Queens Castle Ellenwood, Ga 30294 | 3/15/2017 | Failure to pay filing fee | Pro Se Affidavit signed by courier | Emanuel Deandre Clark 404-453-6085 |
| 17-54885-bem | Aaron Butler Jr. | 3/15/2017 | 13 NDGA Atlanta | xxx-xx-6774 | 404-377-6978 | 324 Queens Castle Ellenwood, Ga 30294 | 5/24/2017 | Dismissed pursuant to 11 U.S.C. Section 109(g). | Debtor ineligible to file Ch 13 for 180 days- different ssns used in prior cases | Emanuel Clark 404-377-6978 |
| 18-66529-pmb | Paul Norwood | 10/1/2018 | 13 NDGA Atlanta | xxx-xx-4431 | 404-228-3168 | 438 Midway Point Ellenwood, Ga 30294 | 10/24/2018 | Failure to pay filing fee | | Emanuel Deandre Clark 404-377-6978 |
| 19-53323-sms | Gibril Kanu | 3/1/2019 | 13 NDGA Atlanta | xxx-xx-4783 | 404-377-6978 | 408 Midway Pointe, Ellenwood, Ga 30294 | 3/21/2019 | Failure to pay filing fee | | Emanuel Deandre Clark 404-377-6978 |
| 19-58604-jwc | Eddie Wright | 6/3/2019 | 13 NDGA Atlanta | xxx-xx-1926 | 404-377-6866 | 3767 Glen Park Dr Lithonia, Ga 30038 Usa | 6/18/2019 | Failure to pay filing fee | Courier's driver's license expired 5/23/19, 11 days prior to filing | Emanuel Clark 404-377-6866 |
| 19-65925-jrs | Eusbo Phelps | 10/4/2019 | 13 NDGA Atlanta | xxx-xx-7112 | 404-366-8638 | 324 Queens Castle Dr Ellenwood, Ga 30294 Usa | 10/29/2019 | Failure to correct filing deficiencies | | Emanuel De' Andre Clark 404-377-6978 |

Exhibit 2

| Case No. | Debtor Name on Petition | Date of Filing | Chapter + District | SSN or Fed ID | Phone number /email given for Debtor | Mailing Address Used | Date of Dismissal | Reason for Dismissal | OTHER COMMENTS | Courier info |
|---|---|---|---|---|---|---|---|---|---|---|
| 19-67633-jwc | Vivian Wright | 11/4/2019 | 7 NDGA Atlanta | xxx-xx-5301 | 404-366-1348 | 3767 Glen Park Dr Lithonia, Ga 30038 | 11/19/2019 | Failure to pay filing fee | | Emanuel Clark 404-377-8589 |
| 21-58210-jwc | Brace C Pinney | 11/2/2021 | 13 NDGA Atlanta | xxx-xx-1447 | 404-377-6838 404-338-8594 | 203 Farmbrook Pkwy, Stockbridg, Ga 30281 | 11/19/2021 | Failure to pay filing fee | Petition was amended to correct SSN- Last 4 on original Petition was x2045 | Emanuel De' Andre Clark 404-377-6838 |
| 22-50832-wlh | Steven E. Weinstein | 1/31/2022 | 13 NDGA Atlanta | xxx-xx-9650 | 404-377-6866 | 1516 Barrington, Atlanta Ga 30327 | Open | - | Date of Death 01/02/2012  Same courier driver's license used next day in Johnson, but different phone number | Emanuel De' Andre Clark 404-338-8594 |
| 22-50883-pwb | Robert Johson | 2/1/2022 | 13 NDGA Atlanta | xxx-xx-4765 | 404-298-6838 | 5190 Post Road Pass, Stone Mountain Ga 30088 | 2/18/2022 | Failure to pay filing fee | SSA Death 04/04/2020 Same courier driver's license used previous day in Weinstein, but different phone number | Emanuel De' Andre Clark 404-377-6978 |